IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**PAULETTE M. BROOKS**,

    Plaintiff**,**

**COURT FILE NO.: 2:11-cv-02222**

v.

**PINNACLE FINANCIAL GROUP INCORPORATED a division of NATIONAL ASSET RECOVERY SERVICES, INC.**,

    Defendant.

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff by and through her attorney J. Mark Meinhardt and for her Notice of Settlement, hereby states as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will file a Stipulation of Dismissal with Prejudice with each party to pay their or its own attorney's fees and costs once the settlement documents have been executed by the parties and delivered to all counsel and the Plaintiff has received the settlement funds. The parties expect this to happen within the next sixty (60) days.

Respectfully submitted,

Dated: June 24, 2011

By: s/ J. Mark Meinhardt
J. Mark Meinhardt KS # 20245
4707 College Blvd, Suite 100
Leawood, KS 66211
(913) 451-9797 (Office) & (913) 451-6163 (Fax)
meinhardtlaw@sbcglobal.net
**ATTORNEY FOR PLAINTIFF**