# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

---

**PAULETTE M. BROOKS**,                                    **Civil File No. 11-CV-02222**

       Plaintiff,

vs.                                                                    **STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

**PINNACLE FINANCIAL GROUP INCORPORATED**,

       Defendant.

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Paulette M. Brooks, and the defendant, Pinnacle Financial Group Incorporated hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                Respectfully submitted,

Dated:  <u>August 4, 2011</u>              By <u>/s/J. Mark Meinhardt</u>
                             J. Mark Meinhardt, #20245
                             4707 College Boulevard, Suite 100
                             Leawood, KS  66211
                             (913) 451-9797
                             (913) 451-6163 (fax)
                             meinhardtlaw@sbcglobal.net
                             ATTORNEY FOR PLAINTIFF

Dated:  <u>August 4, 2011</u>              By <u>/s/Rachel B. Ommerman</u>
                             Rachel B. Ommerman, #21868
                             Berman & Rabin, P.A.
                             15280 Metcalf Avenue
                             Overland Park, KS 66223
                             (913) 649-1555
                             (913) 652-9474 (fax)
                             rommerman@bermanrabin.com
                             ATTORNEY FOR DEFENDANT